**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MATERIAL AVIATION TECHNOLOGIE                **Case No. 1:25-cv-20700-CMA**
NAVIGATION, a Congo-Brazzaville company,      **Judge: Cecilia M. Altonaga**

     Plaintiff,

vs.

DEMOCRATIC REPUBLIC OF THE CONGO,
A foreign state,

     Defendant.

                                /

## <u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>

Plaintiff, MATERIAL AVIATION TECHNOLOGIE NAVIGATION, by and through its undersigned counsel, hereby files this Notice of Supplemental Authority in support of its Response in Opposition to Defendants Motion to Vacate [DE 42].

1. *Coney Island Auto Parts Unlimited, Inc., v. Burton*, 607 U.S. ___(2026).

2. Plaintiff argued in their Response in Opposition to Defendants Motion to Vacate [DE 42] at pg. 6-7 that Defendants did not file their motion within a "reasonable time."

3. Defendant argued in their reply that "reasonable time" requirement of Rule 60(b)(1) is not applicable when a judgment is void under 60(b)(4). See [DE 43] pg. 13.

4. The Supreme Court issued a decision on January 20, 2026 holding that a motion under Rule 60(b)(4) is subject to the "reasonable time" requirements of Rule 60(b)(1).

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 20, 2026, I electronically filed and served the

foregoing document using the CM/ECF system.

Respectfully submitted,
STOK KON + BRAVERMAN
*Attorneys for Plaintiffs*
One East Broward Boulevard
Suite 915
Fort Lauderdale, Florida 33301
Tel.: (954) 237-1777
Fax: (954) 237-1737
Email: rstok@stoklaw.com
Secondary: service@stoklaw.com


/s/ *Robert A. Stok, Esq*
ROBERT A. STOK, ESQ.
Florida Bar No. 857051
(rstok@stoklaw.com)
YOSEF KUDAN, ESQ.
Florida Bar No. 1010261
(ykudan@stoklaw.com)